O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-7720 ODW (RZx) | Date | Nov. 22, 2010 |
|---|---|---|---|
| Title | *Dolores Marmalejo v. US Bancorp, et al.* | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not Present | n/a |
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):      Attorneys Present for Defendant(s):

Not Present                               Not Present

**Proceedings (In Chambers):    Order Granting Defendants' Motion to Dismiss [7]**

Defendants' unopposed motion to dismiss is **GRANTED**. *See* Local Rule 7-12. Should she so choose, Plaintiff must file her amended pleading on or before December 6, 2010 or risk dismissal of the action.

**SO ORDERED**

----  :  00

Initials of Preparer   RGN